# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Vladimir Titarenko

Debtor(s)

CHAPTER 7
Bankruptcy No.

19–01447

## NOTICE AND ORDER RE: INCOMPLETE FILING

NOTICE IS HEREBY GIVEN that on October 16, 2019, a pleading was filed in the above referenced case containing the following deficiency:

**Unfiled Schedules and Other Documents**

| | | |
|---|---|---|
| ☐ Schedule A/B | ☐ Schedule D | ☐ Schedule E/F |
| ☐ Schedule G | ☐ Schedule H | ☐ Schedule I (Ind. Debtor Only) |
| ☐ Schedule J (Ind. Debtor Only) | ☐ Schedule J–2 (Ind. Jt. Debtor Only) | ☐ Corporate Ownership Statement |
| ☑ Payment Advices (Debtor) | ☐ Payment Advices (Jt. Debtor) | ☐ Statement of Financial Affairs |
| ☐ Credit Counseling Certificate (Debtor) | ☐ Credit Counseling Certificate (Jt. Debtor) | ☐ Declaration About an Individual Debtor's Schedules |
| ☐ Summary of Assets and Liabilities Page 1 | ☐ Summary of Assets and Liabilities Page 2 | ☐ Other: |

***THEREFORE, IT IS HEREBY ORDERED that:***

Debtor or debtors (hereafter "debtor") shall cure the deficient filing(s) as described in the above no later than 14 days from the filing date of the Petition;

***IT IS FURTHER ORDERED:***
If the filing party fails to cure described deficiencies within the applicable periods, an order dismissing the case or proceeding may be entered without further notice or hearing, unless within the applicable period or periods a motion to extend the time to cure has been filed with the court. A motion to extend time will only be granted on a showing of good cause, and such cause must be stated in the motion. The motion shall be served on the trustee and the United States trustee. If a hearing on the motion is desired, it must be requested in the motion and included within the title of the motion.

ORDERED October 17, 2019

Thad J. Collins
Bankruptcy Judge