# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In the Matter of: | ) | CASE NO. |
| | ) | |
| Vladimir Titarenko, | ) | **DECLARATION OF DEBTOR** |
| | ) | **REGARDING NO EVIDENCE** |
| | ) | **OF ANY PAYMENT RECEIVED** |
| Debtor. | ) | **FROM ANY EMPLOYER** |

I, Vladimir Titarenko, the above named Debtor, hereby declare under penalty of perjury that I have not received from any employer any payment advices or other evidence of payment received within 60 days before the date of the filing of the bankruptcy petition in this chapter case, other than those attached, because I was self-employed only prior to my recent employment.

_____
Vladimir Titarenko

_____
Date  10/17/19

9/23/2019

USPS Employee Earnings Statement

UNITED STATES POSTAL SERVICE

Employee: VLADIMIR TITARENKO
Employee ID: 04849169
Finance Number: 18-4392

Pay Period: 19-2019
Pay Date: 09/20/19
Inclusive Dates: 08/31/19 - 09/13/19
Pay Loc: 891

Net Pay: $ 659.69

| Pay Period | Week | RSC | Level | Step | Route | Hourly Rate | Hours Code | Description | Hours | Pay Period | Amount | EMA / Second Trip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-19 | 1 | A | 991 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 8.75 | | .00 | |
| 19-19 | 1 | A | 991 | | 780 | 18.19 | 52 | WORK HOURS | 8.75 | | 159.16 | |
| 19-19 | 1 | A | 019 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 10.67 | | .00 | |
| 19-19 | 1 | A | 019 | | 780 | 18.19 | 52 | WORK HOURS | 10.67 | | 194.09 | |
| 19-19 | 2 | A | 999 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 8.50 | | .00 | |
| 19-19 | 2 | A | 999 | | 780 | 18.19 | 52 | WORK HOURS | 8.50 | | 154.62 | |
| 19-19 | 2 | A | 991 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 11.25 | | .00 | |
| 19-19 | 2 | A | 991 | | 780 | 18.19 | 52 | WORK HOURS | 11.25 | | 204.64 | |

Total Hours Gross Pay: 712.51

Total Adjustments Gross: .00   View Adjustments

***** To view detailed information on adjustments, click on the View Adjustments link ==>

1/2

# USPS Employee Earnings Statement

| Employee: | VLADIMIR TITARENKO | Pay Period: | 19-2019 | Net Pay |
|---|---|---|---|---|
| Employee ID: | 01840169 | Pay Date: | 09/20/19 | $ 559.69 |
| Finance Number: | 18-4302 | Pay Loc: | 091 | Inclusive Dates: 08/31/19 - 09/13/19 | |

### Leave

Leave Computation date: / /

**Annual Leave (AL)**

| Category: .00 | | |
|---|---|---|
| AL Prior Year Balance | .00 | |
| AL Maximum Carryover | .00 | |
| AL Carried over from Prior Year | | .00 |
| + AL Earned YTD | | .00 |
| + AL Holiday Earned YTD | | .00 |
| - AL Used YTD | | .00 |
| = Earned Annual Leave Balance | | .00 |
| + AL Advanced YTD | | .00 |
| = Available AL Balance | | .00 |
| AL Used this Pay Period | | .00 |

**Sick Leave (SL)**

| Category: .00 | | |
|---|---|---|
| SL Prior Year Balance | | .00 |
| + SL Earned YTD | | .00 |
| - SL Used YTD | | .00 |
| = Current SL Balance | | .00 |
| SL Used this Pay Period | | .00 |

Other Leave

**Leave Without Pay (LWOP)**

| Pay Period LWOP | .00 |
|---|---|
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

Retirement

YTD: **Total:**
Insurance Income
Pay Period: **YTD:**

Earnings Statement Messages

### Additional Pay / Other Compensation

| | Pay Period Amount | YTD |
|---|---|---|
| | .00 | .00 |

Total Additional Pay / Other Compensation :

Total Gross Pay : $ 712.51   $ 712.51

### Deductions

| | Pay Period Amount | YTD |
|---|---|---|
| Social Security | 44.18 | 44.18 |
| Medicare | 10.33 | 10.33 |
| Federal Tax: M 00 | 25.85 | 25.85 |
| State Income Tax: IA M 00 | 22.46 | 22.46 |
| Allotment | 50.00 | 50.00 |

Total Current Pay Period Deductions : 152.82
Total Adjustments Deductions : .00

Total Deductions : $ 152.82   $ 152.82

Net Pay (Net To Bank) : $ 559.69   $ 559.69

*Restricted Information / Confidential*

## USPS Employee Earnings Statement

**Employee:** VLADIMIR TITARENKO
**Employee ID:** R4849169
**Finance Number:** 18-4292
**Pay Loc:** 
**AGI:** 
**Pay Period:** 20-2019
**Pay Date:** 10/04/19
**Inclusive Dates:** 09/14/19 - 09/27/19
**Net Pay:** $1,666.77

| Pay Period | Week | RSC | Level | Step | Route | Hourly Rate | Hours Code | Description | Hours | Pay Period Amount | EMA / Second Trip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-19 | 1 | A | 991 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 7.92 | .00 | |
| 20-19 | 1 | A | 991 | | 780 | 18.19 | 52 | WORK HOURS | 7.92 | 144.06 | |
| 20-19 | 1 | A | 231 | M44 | 780 | .74 | 50 | EMA Miles | 343.00 | | 255.54 |
| 20-19 | 1 | A | 231 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 30.08 | .00 | |
| 20-19 | 1 | A | 231 | | 780 | 18.19 | 52 | WORK HOURS | 30.08 | 547.16 | |
| 20-19 | 1 | A | 006 | H43 | 780 | 8.05 | 50 | EMA Hours | 3.00 | | 24.15 |
| 20-19 | 1 | A | 006 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 2.17 | .00 | |
| 20-19 | 1 | A | 006 | | 780 | 18.19 | 53 | OVERTIME HOURS | .17 | 4.64 | |
| 20-19 | 1 | A | 006 | | 780 | 18.19 | 52 | WORK HOURS | 2.00 | 36.38 | |
| | | | | | | | | | | | |
| 20-19 | 2 | K | 231 | | 780 | 73.01 | 50 | EMA Trips | 2.00 | | 146.02 |
| 20-19 | 2 | K | 231 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 20.33 | .00 | |
| 20-19 | 2 | K | 231 | | 780 | 18.19 | 52 | WORK HOURS | 20.33 | 369.80 | |
| 20-19 | 2 | A | 020 | M27 | 780 | .74 | 50 | EMA Miles | 48.00 | | 35.76 |
| 20-19 | 2 | A | 020 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 8.00 | .00 | |
| 20-19 | 2 | A | 020 | | 780 | 18.19 | 52 | WORK HOURS | 8.00 | 145.52 | |
| 20-19 | 2 | A | 991 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 9.33 | .00 | |
| 20-19 | 2 | A | 991 | | 780 | 18.19 | 52 | WORK HOURS | 9.33 | 169.71 | |
| 20-19 | 2 | A | 232 | M43 | 780 | .74 | 50 | EMA Miles | 41.00 | | 30.55 |
| 20-19 | 2 | A | 232 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 1.75 | .00 | |
| 20-19 | 2 | A | 232 | | 780 | 18.19 | 52 | WORK HOURS | 1.75 | 31.83 | |
| 20-19 | 2 | A | 019 | H42 | 780 | 8.05 | 50 | EMA Hours | 2.00 | | 16.10 |
| 20-19 | 2 | A | 019 | | 780 | 18.19 | 51 | RURAL ACTUAL HOURS | 2.00 | .00 | |
| 20-19 | 2 | A | 019 | | 780 | 18.19 | 52 | WORK HOURS | .59 | 10.73 | |
| 20-19 | 2 | A | 006 | | 780 | 18.19 | 53 | OVERTIME HOURS | 1.41 | 38.47 | |

**Total Hours Gross Pay:** 1,498.30
**Total Adjustments Gross:** .00

***** To view detailed information on adjustments, click on the View Adjustments link ==> **View Adjustments**

10/10/2019

10/10/2019

# USPS Employee Earnings Statement

| Employee: | VLADIMIR TIJARENKO | Pay Period: | 20-2019 |
| Employee ID: | 04849160 | Pay Date: | 10/04/19 |
| Finance Number: | 18-4352 | Pay Loc: | A31 | Inclusive Dates: | 09/14/19 - 09/27/19 |

**Net Pay**

$ 1,666.77

### Leave

Category: 00    Leave Computation date: / /
Annual Leave (AL)

| | | |
|---|---|---|
| AL Prior Year Balance | .00 | |
| AL Maximum Carryover | .00 | |
| AL Carried over from Prior Year | | .00 |
| + AL Earned YTD | | .00 |
| + AL Holiday Earned YTD | | .00 |
| - AL Used YTD | | .00 |
| = Earned Annual Leave Balance | | .00 |
| + AL Advanced YTD | | .00 |
| = Available AL Balance | | **.00** |
| AL Used this Pay Period | | .00 |

Category: 00    Sick Leave (SL)

| | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | **.00** |
| SL Used this Pay Period | .00 |

Other Leave

Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

Retirement
**YTD:** Total:
Insurance Income
**YTD:**
Pay Period: Earnings Statement Messages

### Additional Pay / Other Compensation

| | Pay Period | Amount YTD |
|---|---|---|
| Total Additional Pay / Other Compensation: | .00 | .00 |

Total Gross Pay: $ 1,498.30    $ 2,210.81

### Deductions

| | Pay Period | Amount YTD |
|---|---|---|
| Social Security | 92.89 | 137.07 |
| Medicare | 21.73 | 32.06 |
| Federal Tax: M 00 | 110.40 | 136.25 |
| State Income Tax: IA M 00 | 64.63 | 87.09 |
| Allotment | 50.00 | 100.00 |

| | | |
|---|---|---|
| Total Current Pay Period Deductions: | 339.65 | |
| Total Adjustments Deductions: | .00 | |
| **Total Deductions:** | **$ 339.65** | **$ 492.47** |
| Net Pay (Net to Bank): | **$ 1,666.77** | **$ 2,226.46** |

*Restricted Information / Confidential*