# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Vladimir Titarenko, *Debtor* ) | Case No. 19-01447-tjc |
| ) | |
| ) | Chapter: 7 |
| ) | |
| ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR DOCUMENTS

COMES NOW the undersigned attorney of SouthLaw, P.C., and hereby enter their appearance on behalf of Arc Home LLC, by LoanCare, LLC, a creditor of the above-captioned Debtor. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon said creditor should be served on the undersigned attorney, SouthLaw, P.C., 13160 Foster Suite 100, Overland Park, KS 66213-2660.

SOUTHLAW, P.C.
*/s/ Wendee Elliott-Clement*
Wendee Elliott-Clement, AT0011311
Lisa C. Billman, AT0013550
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
iabkndecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 223928
Case No: 19-01447-tjc

# **CERTIFICATE OF MAILING/SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this October 21, 2019 with the United States Bankruptcy Court for the Northern District of Iowa, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

Vladimir Titarenko
55 Augusta Court
North Liberty, IA 52317
**DEBTOR**

Steven G. Klesner
373 Scott Ct., Ste. B
PO Box 3400
Iowa City, IA 52244
**ATTORNEY FOR DEBTOR**

Sheryl Schnittjer
24695 207th Ave.
Delhi, IA 52223
**TRUSTEE**

United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2101
**U.S. TRUSTEE**

SOUTHLAW, P.C.
*/s/ Wendee Elliott-Clement*
Wendee Elliott-Clement, AT0011311
Lisa C. Billman, AT0013550
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
iabkndecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 223928
Case No: 19-01447-tjc