Certificate Number: 12433-IAN-DE-033651384

Bankruptcy Case Number: 19-01447



12433-IAN-DE-033651384

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on November 4, 2019, at 11:37 o'clock PM CST, Vladimir Titarenko completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Iowa.

Date:   November 5, 2019          By:   /s/Lisa Susoev

                                  Name: Lisa Susoev

                                  Title: Teacher