IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VLADIMIR TITARENKO,<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No. 19-01447<br><br>**MOTION TO EXTEND TIME TO OBJECT TO EXEMPTION** |

COME NOW Sheryl Schnittjer, Chapter 7 Trustee in this case, by and through her counsel, and in support of this Motion respectfully states:

1. The Debtor filed this Chapter 7 Petition on October 16, 2019.

2. The Trustee just recently engaged counsel.

3. The §341 meeting of creditors was held on November 18, 2019.

4. The Trustee and counsel need more time to investigate into the exemption claims asserted by the Debtor.

5. Pursuant to N.D.L.R. 4003-1, the Trustee is entitled to an automatic 30-day extension of the time to object to exemptions.

6. The current "natural" date to object to exemption will be December 18, 2019.

7. The Trustee should be given an additional 30 days, *i.e.* through and including January 17, 2020 to object to the Debtor's exemption claims.

WHEREFORE, the Trustee respectfully prays this Court enter and enroll an Order granting the Trustee, and only the Trustee, through and including January 17, 2020, to object to the Debtor's exemption claims, and for such other relief as may be just and proper under the premises.

*[signature]*

Stephen B. Larson, AT0014154
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
slarson@simmonsperrine.com
ATTORNEY FOR TRUSTEE

### Certificate of Service

The undersigned hereby certifies, under penalty of perjury, that a copy of the instrument to which this certificate is attached was mailed via the United States mail with postage fully paid on the 20 day of November, 2019, to the parties displayed on the Service List below.

*[signature: Kelly Carmichael]*

Steven G. Klesner
Attorney at Law
Johnston, Stannard, Klesner, Burbidge & Fitzgerald, P.L.C.
P.O. Box 3400
Iowa City, IA 52244-3400

Sheryl L. Schnittjer
Chapter 7 Trustee
Northern District of Iowa
24695 207th Ave.
Delhi, IA 52223

EWL, EJL, TSD, SBL

SSTE Titarenko Mtn to Extend Time to Object to Exemptions.111919.905a.sbl